IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
SANGAMON COUNTY, SPRINGFIELD, ILLINOIS

| | |
|---|---|
| JACOB BURRIS, as Special Administrator of the Estate of MAURICE L. BURRIS, deceased, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| SANGAMON COUNTY SHERIFF'S DEPARTMENT; SANGAMON COUNTY JAIL; NEIL WILLIAMSON, Sheriff of Sangamon County; TERRY DURR, Supervisor of Sangamon County Jail; RON BECKNER, Administrator of Sangamon County Jail; SERGEANT BILL SMITH; other unknown Correctional Officers, commanders, medical personnel and other employees employed by the Sangamon County Sheriff's Department; and SANGAMON COUNTY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. _____<br>)<br>)<br>) |
| Defendants, | )<br>) |
| and | ) |
| STEPHEN CULLINAN, MD; LEE ANN BRAUER, RN; CHRISTINA TAYLOR, LPN; PHILLIP MARTIN; TONY SACCO; KEVIN FURLONG; HEALTH PROFESSIONALS, LTD.; RYAN MCCRADY; SERGEANT GUY E. BOUVET, THERESA FALCON-CULLINAN, TED BUECKER, LUCY RAMSEY, and NECCIE WEST | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Respondents-in-Discovery. | ) |

FILED
DEC 12 2008 CIV.-3
Clerk of the Circuit Court

### ORDER

This matter coming on for disposition on the Petition of Jacob Burris to be named as Special Administrator and the Court being fully advised

HEREBY ORDERS

Jacob Burris is appointed as Special Administrator of the Estate of Maurice L. Burris pursuant to 740 ILCS 80/2.1.

Dated: 12-12-08

_____
JUDGE

EXHIBIT A