IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JACOB BURRIS, as Special Administrator of the Estate of MAURICE L. BURRIS, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN CULLINAN, MD; HEALTH PROFESSIONALS, LTD.; LEE ANNE BRAUER, R.N.;SANGAMON COUNTY SHERIFF'S DEPARTMENT; NEIL WILLIAMSON, Sheriff of Sangamon County; TERRY DURR, Superintendent of Sangamon County Jail; and SANGAMON COUNTY<br><br>Defendants. | No._____ |

### AFFIDAVIT OF ALEXANDRA de SAINT PHALLE

Alexandra de Saint Phalle, being duly sworn on oath deposes and states:

1. She is one of the attorneys for the Plaintiff, JACOB BURRIS, as Special Administrator of the Estate of MAURICE L. BURRIS, deceased.

2. She has consulted with a board certified internist whom she believes is knowledgeable in the field of internal medicine who is currently practicing internal medicine and whom she believes has practiced internal medicine in correctional facilities within the last five (5) years.

3. She believes that the internist she has consulted in this case is knowledgeable in the relevant issues involved in this action; that he has experience in the field of internal medicine and she believes that this physician is qualified by experience or demonstrated competence in the subject matter of this case.

EXHIBIT C

4. She has obtained from this physician a written report stating that there are reasonable grounds and a meritorious basis for bringing this action against STEPHEN CULLINAN, MD.

5. Based on this report and conversations with the consultant, affiant has concluded that there is a reasonable and meritorious basis for bringing this action.

6. She has attached a copy of his report to this affidavit as Exhibit D.

FURTHER AFFIANT SAYETH NOT.

_____
ALEXANDRA de SAINT PHALLE

SUBSCRIBED AND SWORN to before me this 12th day of May, 2009.

_____
NOTARY PUBLIC

OFFICIAL SEAL
SANDRA L. DAVIS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-30-2009

ALEXANDRA de SAINT PHALLE
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705
Phone: (217) 544-9823
Fax: (217) 544-9826