**305 Ledgemont Court**
**Atlanta, GA 30342**
**(404) 255-1619**

27 April, 2009

Ms. Alexandra de Saint Phalle
Londrigan, Potter and Randle, P.C.
P.O. Box 399
Springfield, IL 62705

**Re: Jacob Burris, as Special Administrator of the Estate of Maurice Burris, deceased v. Sangamon County et al.**
**Sangamon County Case No. 2008-L-303**

Dear Ms. De Saint Phalle

At your request, I have reviewed the medical records of Maurice Burris from the Sangamon County Jail, medical records from St. John's Hospital, the autopsy report and depositions of Lee Ann Brauer, RN and Stephen Cullinan, M.D. Based on that review, I believe there are reasonable grounds and a meritorious basis on which to bring a claim against Dr. Cullinan because multiple notifications were made that Mr. Burris was medically unstable and no attempt was made to evaluate Mr. Burris on an emergent basis nor to refer him to a hospital where he could have have obtained adequate medical care.

I further believe that this conduct was a cause of the death if Maurice Burris because it deprived him of the opportunity for timely treatment of his perforated ulcer. I am a board certified internist licensed to practice medicine in the State of Georgia. My license number is 035492.

Sincerely

*Stephen Palte*

Stephen Palte, M.D., FACP

EXHIBIT D