IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACOB BURRIS, as Administrator of the Estate of MAURICE L. BURRIS, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 09-3116 |
| STEPHEN A. CULLINAN, M.D.; HEALTH PROFESSIONALS, LTD.; LEE ANNE BRAUER, R.N.; SANGAMON COUNTY SHERIFF'S DEPARTMENT; NEIL WILLIAMSON, individually and in his official capacity as Sheriff of Sangamon County; TERRY DURR, individually and in his official capacity as Superintendent of Sangamon County Jail; and SANGAMON COUNTY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER OF DISMISSAL

The Court having reviewed the Agreed Motion to Dismiss Defendants Cullinan and HPL (d/e 198) filed herein, the Clerk of the Court is DIRECTED to enter judgment dismissing this action with prejudice as to Defendants Stephen A. Cullinan, M.D., and Health

Professionals, Limited.

IT IS SO ORDERED.

ENTERED: December 2, 2011.

FOR THE COURT:

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE